UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          Case No. 18-CR-102

ALMA RAMIREZ,

      Defendant.

**ORDER GRANTING MOTION TO DELAY REPORT DATE**

Defendant Alma Ramirez has requested a postponement of her April 16, 2019 reporting date to begin serving the sentence imposed on the above matter. The government filed a response indicating that, after consultation with the Probation Officer supervising the defendant, they have no objection to the request to delay defendants reporting date to May 31, 2019. That agent indicates that Ms. Ramirez provided documentation supporting the medical treatment and notes she has been compliant while on bond.

Accordingly, defendant's motion is granted. Defendant is to remain in contact with her Probation Officer, continue to follow all conditions of her release, and report as ordered to commence serving her sentence. The Clerk shall provide a copy of this order to the U.S. Marshals Service.

**SO ORDERED** this ___12th___ day of April, 2019.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach, Chief Judge
                                                          United States District Court